**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

CHARLES D. BERRY,                    )
                                     )
      Plaintiff,                    )
v.                                   )          Civil Action No. 3:13CV423–HEH
                                     )
KEN STOLLE, *et al.*,                )
                                     )
      Defendants.                   )

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

By Memorandum Order entered on September 12, 2013, the Court conditionally docketed Plaintiff's action. On September 24, 2013, United States Postal Service returned the September 12, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                           /s/
                                     HENRY E. HUDSON
Date: Sept. 30, 2013         UNITED STATES DISTRICT JUDGE
Richmond, Virginia